| | | | | |
|---|---|---|---|---|
| Thornburgh v. State | 05A02–1605–CR–1091 | 01/20/2017 | KIRSCH, J.<br>MAY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Quarles v. State | 49A02–1605–CR–1187 | 01/20/2017 | MAY, J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Prysock v. State | 49A02–1605–CR–1141 | 01/20/2017 | MAY, J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |